STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
ARJUN P. RAO (State Bar No. 265347)
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email:  *lacalendar@stroock.com*

Attorneys for Defendant
 JPMORGAN CHASE BANK, N.A.,
  erroneously sued as CHASE BANK
  USA, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IEISHA FLOYD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHASE BANK USA, N.A.,<br><br>　　　　Defendant. | Case No. 3:14-cv-02430-W-MDD<br><br>[Assigned to the Hon. Thomas J. Whelan]<br><br>**JOINT MOTION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

LA 51820268

Plaintiff Ieisha Floyd ("Plaintiff") and defendant JPMorgan Chase Bank, N.A., erroneously sued as Chase Bank USA, N.A. ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective attorneys of record, hereby respectfully move to dismiss the above-entitled action with prejudice, and in support of this motion hereby state:

1. The Parties have reached a settlement in this action; and

2. The Parties agree that this Court can proceed to dismiss this action entirely with prejudice, with each party to bear its own costs.

WHEREFORE, the Parties respectfully request that this Court dismiss this action with prejudice.

Dated: December 22, 2014

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
ARJUN P. RAO
JULIETA STEPANYAN

By: _____/s/_____
Arjun P. Rao

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.
erroneously sued as CHASE BANK USA, N.A.

Dated: December 22, 2014

KROHN & MOSS LTD.
RYAN LEE
MATTHEW A. ROSENTHAL

By: _____/s/_____
Ryan Lee

Attorneys for Plaintiff
IEISHA FLOYD

-1-

JOINT MOTION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
CASE NO. 3:14-cv-02430-W-MDD

LA 51820268

**ECF Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Arjun P. Rao, counsel for Defendant, and that I have obtained Mr. Rao's authorization to affix his electronic signature to this document.

Dated: December 22, 2014

/s/
Ryan Lee

LA 51820268